# IN THE CIRCUIT COURT OF LEAKE, SCOTT, NEWTON AND NESHOBA COUNTIES, MISSISSIPPI

STATE OF MISSISSIPPI

VS

CAUSE NO. 10-CR-067-SC-C

DONNA V. WILSON

## AMENDED ORDER

BE IT REMEMBERED that on a prior date, the above named Defendant was Indicted on a charge of Sale of Alprazolam and said charge was reduced by the District Attorney and the Indictment amended to Possession of Alprazolam under Cause Number 10-CR-067-SC-C, and Defendant entered a Plea of Guilty to the Charge of Possession of Alprazolam under Cause Number 10-CR-067-SC-C, and the acceptance of said Guilty Plea was withheld pursuant to Section 99-15-26 and/or Section 41-29-150 of the Mississippi Code of 1972, Annotated, and the Defendant was placed on Non-Adjudicated Probation with certain terms and conditions. The Court has been advised that the above named Defendant has completed the terms and conditions of Non-Adjudicated Probation and has successfully complied with all of the terms and conditions of her probation and the Court finds that pursuant to prior order of this Court that this case should be dismissed with prejudice:

NOW, THEREFORE, IT IS HEREBY ORDERED AND ADJUDGED that the above styled and numbered cause is hereby dismissed with prejudice.

FILED FOR RECORD
IN THE CIRCUIT COURT
SCOTT COUNTY, MISSISSIPPI
AUG 01 2014
JOE RIGBY, CIRCUIT CLERK

# Exhibit A

IT IS FURTHER ORDERED AND ADJUDGED that all public records of said charge be expunged for the following, to-wit:

| | |
|---|---|
| NAME: | DONNA V. WILSON |
| SSAN: | 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 |
| DOB: | 11 – 14 – 1973 |
| RACE: | WHITE |
| SEX: | FEMALE |
| ARREST DATE: | 13 OCTOBER 2009 |
| ARRESTING AGENCY: | SCOTT COUNTY SHERIFF'S DEPARTMENT |
| CHARGE EXPUNGED: | POSSESSION OF ALPRAZOLAM |
| COUNTS EXPUNGED: | ALL |
| STATUTORY AUTHORITY: | SECTION 99-15-26 AND/OR 41-29-150, MSC |
| FBI NUMBER: | UNKNOWN |

IT IS FURTHER ORDERED AND ADJUDGED that all public records of said charge be expunged for the following, to-wit:

ARREST DATE(S): (1) 2010-04-07
                   (2) 2011-07-12
                   (3) 2013-06-10

ARRESTING AGENCY   SCOTT COUNTY SHERIFF'S OFFICE

**Exhibit A**

CHARGES
EXPUNGED:
(1) ENDICTMENT
(2) PROBATION VIOLATION
(3) PROBATION VIOLATION

COUNTS
EXPUNGED:       ALL

STATUTORY
AUTHORITY:      SECTION 99-15-26 AND/OR 41-29-150, MSC

IT IS FURTHER ORDERED that the Office of the District Attorney shall be permitted to retain a non-public record for Law Enforcement purposes only.

SO ORDERED AND ADJUDGED on this, the 29TH Day of July, 2014.

_____
VERNON R. COTTON, Circuit Judge

**Exhibit A**