

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

DONNA STURKIN                                                                    PLAINTIFF

V.                                                         CAUSE NO. 3:16-CV-434-CWR-FKB

VICKY PATRICK                                                                   DEFENDANT

## JURY VERDICT

The jury is directed to answer the following questions in accordance with the Court's instructions. The answer to each question must be your unanimous decision.

1.  Did defendant Vicky Patrick violate plaintiff Donna Sturkin's civil rights?

    Yes __X__        No _____

    **If you answered "yes," move on to question 2. If you answered "no," proceed to sign and date this verdict form.**

2.  Is Patrick entitled to qualified immunity?

    Yes _____        No __X__

    **If you answered "yes," proceed to sign and date this verdict form. If you answered "no," move on to question 3.**

3.  What damages do you award Sturkin?

    $ _350,000.00_

DATE:                                          FOREPERSON: