# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

_____

No. 19-60117
_____

DONNA STURKIN,

    Plaintiff - Appellee

v.

VICKY PATRICK,

    Defendant - Appellant

_____

Appeal from the United States District Court for the
Southern District of Mississippi
_____

**A True Copy**
Certified order issued Apr 02, 2019

*Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

CLERK'S OFFICE:

    Under 5th Cir. R. 42.3, the appeal is dismissed as of April 2, 2019, for want of prosecution. The appellant failed to timely order transcript and make financial arrangements with court reporter.

                                     LYLE W. CAYCE
                                     Clerk of the United States Court
                                     of Appeals for the Fifth Circuit

                                     *Dantrell Johnson*

                                     By: _____
                                     Dantrell L. Johnson, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT