IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 19-60117
Summary Calendar

D.C. Docket No. 3:16-CV-434

United States Court of Appeals
Fifth Circuit
**FILED**
December 10, 2019
Lyle W. Cayce
Clerk

DONNA STURKIN,

    Plaintiff - Appellee

v.

VICKY PATRICK,

    Defendant - Appellant

Appeal from the United States District Court for the
Southern District of Mississippi

Before WIENER, HAYNES, and COSTA, Circuit Judges.

J U D G M E N T

This cause was considered on the record on appeal and the briefs on file.

It is ordered and adjudged that the judgment of the District Court is affirmed.

IT IS FURTHER ORDERED that defendant-appellant pay to plaintiff-appellee the costs on appeal to be taxed by the Clerk of this Court.

Certified as a true copy and issued
as the mandate on **Jan 02, 2020**

Attest: *Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit